IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HYDROGEN MASTER RIGHTS, LTD., a Delaware corporation, CARL LE SOUEF and PRAVANSU MOHANTY, PH.D. | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | C.A. No. 1:16-cv-00474-RGA |
| DEAN WESTON, ENGINEERING INTERESTS, LLC, a Michigan limited liability company, PAUL DAVID MANOS, SIGNIFICAN GLOBAL ENERGY INTELLECTUAL PROPERTY TRUST, a Nevada intellectual property trust, SIGNIFICAN AUSTRALIA ENERGY INTELLECTUAL PROPERTY TRUST, a Wyoming intellectual property trust, TRACY COATS, and THE CLIENT IS EVERYTHING, LTD., a Wyoming corporation | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF DAVID T. MOVIUS

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of David T. Movius, Esquire, of McDonald Hopkins LLC, 600 Superior Avenue, East, Suite 2100, Cleveland, OH 44114, to represent Plaintiffs Hydrogen Master Rights, Ltd., Pravansu Mohanty, Ph.D., and Carl Le Souef in this matter.

Dated: June 30, 2016

CONNOLLY GALLAGHER LLP

/s/ *Mary I. Akhimien*
Arthur G. Connolly, III (#2667)
Mary I. Akhimien (#5448)
The Brandywine Building
1000 West Street, Suite 1400
Wilmington, DE 19801
(302) 757-7300
aconnolly@connollygallagher.com
makhimien@connollygallagher.com

*Attorneys for Plaintiffs*
*Hydrogen Master Rights, Ltd.,*
*Pravansu Mohanty, Ph.D., and Carl Le Souef*

OF COUNSEL:

David T. Movius
McDonald Hopkins LLC
600 Superior Avenue, East
Suite 2100
Cleveland, OH 44114
(216) 348-5400
dmovius@mcdonaldhopkins.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of David T. Movius, Esquire, is granted.

Dated: _____          _____
                                     The Honorable Richard G. Andrews

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of Ohio. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

_____
David T. Movius, Esq.
McDonald Hopkins LLC
600 Superior Avenue, East
Suite 2100
Cleveland, OH 44114
Tel: 216-348-5400
dmovius@mcdonaldhopkins.com

Dated: June 30, 2016