# AFFIDAVIT OF SERVICE

State of DELAWARE      County of      DISTRICT Court

Case Number: 16-474-UNA

Plaintiff(s):
**HYDROGEN MASTER RIGHTS, LTD., A DELAWARE COPRORATION, CARL LE SOUEF AND PRAVANSU MOHANTY, PH.D**

vs.

Defendant(s):
**DEAN WESTON, ET AL.**

For:
ROBBIE BANNAN
MCDONALD HOPKINS LLC
600 SUPERIOR AVE
SUITE 2100
CLEVELAND, OH 44114

Received by Thomas Court Services on the 23rd day of June, 2016 at 10:51 am to be served on **THE CLIENT IS EVERYTHING, LTD. C/O REGISTERED AGENTS INC., 412 N. MAIN ST. SUITE 100, BUFFALO, WY 82834**

I, DAVID WILLIAMS, being duly sworn, depose and say that on the **30th day of June, 2016** at **10:30 am**, I:

served an **AUTHORIZED** entity by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE (BLANK); NOTICE, CONSENT, AND REFERENCE OF A DISPOSITIVE MOTION TO A MAGISTRATE JUDGE (BLANK); COMPLAINT; CIVIL COVER SHEET** with the date and hour of service endorsed thereon by me, to: **ERIN HOGAN** as **AUTHORIZED TO ACCEPT** at the address of: **412 N. MAIN ST. SUITE 100, BUFFALO, WY 82834**, who stated they are authorized to accept service for **THE CLIENT IS EVERYTHING, LTD.**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 25, Sex: F, Race/Skin Color: WHITE, Height: 5'6", Weight: 180, Hair: BROWN, Glasses: -

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 6 day of July, 2016 by the affiant who is personally known to me.

NOTARY PUBLIC — Maryann McCormick

MARYANN McCORMICK - NOTARY PUBLIC
COUNTY OF SHERIDAN
STATE OF WYOMING
My Commission Expires May 13, 2020

**DAVID WILLIAMS**
Process Server

**Thomas Court Services**
4834 Swiss Avenue
Dallas, TX 75204
(972) 790-2706

Our Job Serial Number: FCI-2016000414
Ref: 36348-00005

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n