# AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| State of DELAWARE | County of | DISTRICT Court |

Case Number: 16-474-UNA

Plaintiff(s):
**HYDROGEN MASTER RIGHTS, LTD., A DELAWARE COPRORATION, CARL LE SOUEF AND PRAVANSU MOHANTY, PH.D**

vs.

Defendant(s):
**DEAN WESTON, ET AL.**

For:
ROBBIE BANNAN
MCDONALD HOPKINS LLC
600 SUPERIOR AVE
SUITE 2100
CLEVELAND, OH  44114

Received by Thomas Court Services on the 23rd day of June, 2016 at 10:51 am to be served on **PAUL DAVID MANOS, 107 CYPRESS WAY, STATELINE, NV 89449**.

I, SARRAH GRIFFIS, being duly sworn, depose and say that on the **6th day of July, 2016** at **3:05 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE (BLANK); NOTICE, CONSENT, AND REFERENCE OF A DISPOSITIVE MOTION TO A MAGISTRATE JUDGE (BLANK); COMPLAINT; CIVIL COVER SHEET** with the date and hour of service endorsed thereon by me, to: **PAUL DAVID MANOS** at the address of: **107 CYPRESS WAY, STATELINE, NV 89449**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served:  Age: 50s,  Sex: M,  Race/Skin Color: CAUCASIAN,  Height: 5'5",  Weight: 150,  Hair: BROWN,  Glasses: -

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 11 day of July, 2016 by the affiant who is personally known to me.

NOTARY PUBLIC

SARRAH GRIFFIS
Process Server

Thomas Court Services
4834 Swiss Avenue
Dallas, TX 75204
(972) 790-2706

Our Job Serial Number: FCI-2016000409
Ref: 36348-00005

BRITT COLLIER BROWN
Commission # 2096571
Notary Public - California
El Dorado County
My Comm. Expires Jan 10, 2019

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

# AFFIDAVIT OF SERVICE

| State of DELAWARE | County of | DISTRICT Court |
|---|---|---|

Case Number: 16-474-UNA

Plaintiff(s):
**HYDROGEN MASTER RIGHTS, LTD., A DELAWARE COPRORATION, CARL LE SOUEF AND PRAVANSU MOHANTY, PH.D**

vs.

Defendant(s):
**DEAN WESTON, ET AL.**

For:
ROBBIE BANNAN
MCDONALD HOPKINS LLC
600 SUPERIOR AVE
SUITE 2100
CLEVELAND, OH  44114

Received by Thomas Court Services on the 23rd day of June, 2016 at 10:51 am to be served on **SIGNIFICAN AUSTRALIA ENERGY INTELLECTUAL PROPERTY TRUST C/O JULIA BLAIR, TRUSTEE, 279 KINGSBURY GRADE SUITE 104, STATELINE, NV 89449**.

I, SARRAH GRIFFIS, being duly sworn, depose and say that on the **6th day of July, 2016** at **3:00 pm, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE (BLANK); NOTICE, CONSENT, AND REFERENCE OF A DISPOSITIVE MOTION TO A MAGISTRATE JUDGE (BLANK); COMPLAINT; CIVIL COVER SHEET** with the date and hour of service endorsed thereon by me, to: **JULIA BLAIR** as **TRUSTEE** at the address of: **276 KINGSBURY GRADE SUITE 104, STATELINE, NV 89449**, who stated they are authorized to accept service for **SIGNIFICAN AUSTRALIA ENERGY INTELLECTUAL PROPERTY TRUST**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served:  Age: 70s,  Sex: F,  Race/Skin Color: CAUCASIAN,  Height: 5'6",  Weight: 200,  Hair: GRAY,  Glasses: -

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 11 day of July, 2016 by the affiant who is personally known to me.

NOTARY PUBLIC

SARRAH GRIFFIS
Process Server

Thomas Court Services
4834 Swiss Avenue
Dallas, TX 75204
(972) 790-2706

Our Job Serial Number: FCI-2016000416
Ref: 36348-00005

BRITT COLLIER BROWN
Commission # 2096571
Notary Public - California
El Dorado County
My Comm. Expires Jan 10, 2019

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

# AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| **State of DELAWARE** | **County of** | **DISTRICT Court** |

Case Number: 16-474-UNA

Plaintiff(s):
**HYDROGEN MASTER RIGHTS, LTD., A DELAWARE COPRORATION, CARL LE SOUEF AND PRAVANSU MOHANTY, PH.D**

vs.

Defendant(s):
**DEAN WESTON, ET AL.**

For:
ROBBIE BANNAN
MCDONALD HOPKINS LLC
600 SUPERIOR AVE
SUITE 2100
CLEVELAND, OH 44114

Received by Thomas Court Services on the 23rd day of June, 2016 at 10:51 am to be served on **SIGNIFICAN AUSTRALIA ENERGY INTELLECTUAL PROPERTY TRUST C/O JULIA BLAIR, TRUSTEE, 107 CYPRESS WAY, STATELINE, NV 89449**.

I, SARRAH GRIFFIS, being duly sworn, depose and say that on the **6th day of July, 2016** at **3:00 pm**, I:

served an **AUTHORIZED** entity by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE (BLANK); NOTICE, CONSENT, AND REFERENCE OF A DISPOSITIVE MOTION TO A MAGISTRATE JUDGE (BLANK); COMPLAINT; CIVIL COVER SHEET** with the date and hour of service endorsed thereon by me, to: **JULIA BLAIR** as **TRUSTEE** at the address of: **276 KINGSBURY GRADE SUITE 104, STATELINE, NV 89449**, who stated they are authorized to accept service for **SIGNIFICAN AUSTRALIA ENERGY INTELLECTUAL PROPERTY TRUST**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 70s, Sex: F, Race/Skin Color: CAUCASIAN, Height: 5'6", Weight: 200, Hair: GRAY, Glasses: -

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 11 day of July, 2016 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

**SARRAH GRIFFIS**
Process Server

Thomas Court Services
4834 Swiss Avenue
Dallas, TX 75204
(972) 790-2706

Our Job Serial Number: FCI-2016000413
Ref: 36348-00005

BRITT COLLIER BROWN
Commission # 2096571
Notary Public - California
El Dorado County
My Comm. Expires Jan 10, 2019

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

# AFFIDAVIT OF SERVICE

| State of DELAWARE | County of | DISTRICT Court |
|---|---|---|

Case Number: 16-474-UNA

Plaintiff(s):
**HYDROGEN MASTER RIGHTS, LTD., A DELAWARE COPRORATION, CARL LE SOUEF AND PRAVANSU MOHANTY, PH.D**

vs.

Defendant(s):
**DEAN WESTON, ET AL.**

For:
ROBBIE BANNAN
MCDONALD HOPKINS LLC
600 SUPERIOR AVE
SUITE 2100
CLEVELAND, OH  44114

Received by Thomas Court Services on the 23rd day of June, 2016 at 10:51 am to be served on **SIGNIFICAN GLOBAL ENERGY INTELLECTUAL PROPERTY TRUST C/O JULIA BLAIR, TRUSTEE, 279 KINGSBURY GRADE SUITE 104, STATELINE, NV 89449**.

I, SARRAH GRIFFIS, being duly sworn, depose and say that on the **6th day of July, 2016** at **3:00 pm**, I:

served an **AUTHORIZED** entity by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE (BLANK); NOTICE, CONSENT, AND REFERENCE OF A DISPOSITIVE MOTION TO A MAGISTRATE JUDGE (BLANK); COMPLAINT; CIVIL COVER SHEET** with the date and hour of service endorsed thereon by me, to: **JULIA BLAIR** as **TRUSTEE** at the address of: **276 KINGSBURY GRADE SUITE 104, STATELINE, NV 89449**, who stated they are authorized to accept service for **SIGNIFICAN GLOBAL ENERGY INTELLECTUAL PROPERTY TRUST**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served:  Age: 70s,  Sex: F,  Race/Skin Color: CAUCASIAN,  Height: 5'6",  Weight: 200,  Hair: GRAY,  Glasses: -

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the __11__ day of __July__, __2016__ by the affiant who is personally known to me.

_____
NOTARY PUBLIC

SARRAH GRIFFIS
Process Server

Thomas Court Services
4834 Swiss Avenue
Dallas, TX 75204
(972) 790-2706

Our Job Serial Number: FCI-2016000412
Ref: 36348-00005

BRITT COLLIER BROWN
Commission # 2096571
Notary Public - California
El Dorado County
My Comm. Expires Jan 10, 2019

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n