# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HYDROGEN MASTER RIGHTS, LTD., CARL LE SOUEF and PRAVANSU MOHANTY, PH.D., <br><br> Plaintiffs, <br><br> v. <br><br> DEAN WESTON, ENGINEERING INTERESTS, LLC, PAUL DAVID MANOS, SIGNIFICAN GLOBAL ENERGY INTELLECTUAL PROPERTY TRUST, SIGNIFICAN AUSTRALIA ENERGY INTELLECTUAL PROPERTY TRUST, TRACY COATS, and THE CLIENT IS EVERYTHING, LTD., a <br><br> Defendants. | Case No. 1:16-cv-00474-RGA |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, subject to the approval of the Court, that the time within which defendant The Client is Everything, Ltd. ("Defendant") must move, answer or otherwise respond to the Complaint in this action is extended through and including August 22, 2016.

| | |
|---|---|
| */s/ Arthur G. Connolly, III* | */s/ George Pazuniak* |

*/s/ Arthur G. Connolly, III*  
Arthur G. Connolly, III (#2667)  
Mary I. Akhimien (#5448)  
CONNOLLY GALLAGHER LLP  
The Brandywine Building  
1000 West Street, Suite 1400  
Wilmington, DE 19801  
(302) 757-7300  
aconnolly@connollygallagher.com  
makhimien@connollygallagher.com  

*Attorneys for Plaintiffs Hydrogen Master Rights, Ltd, Pravansu Mohanty, Ph.D., and Carl Le Souef*

*/s/ George Pazuniak*  
George Pazuniak (DE Bar No. 478)  
O'KELLY & ERNST, LLC  
901 North Market Street, Suite 1000  
Wilmington, DE 19801  
Tel: 302-478-4230  
GP@del-iplaw.com  

*Attorneys for Defendant The Client is Everything, Ltd.*

 

IT IS SO ORDERED this _____ day of July, 2016.

 

                                                                                                                  United States District Judge