**Julia Blair**
276 Kingsbury Grade, Suite 104
P O Box 7199
Stateline, Nevada 89449-7199
775-588-8835

Office of the Clerk                              July 26, 2016
United States District Court
844 North King Street Unit 18
Wilmington Delaware 19801-3570
Reference: Hydrogen Master Rights LTD v. Significan Global Energy Intellectual Property Trust
And Significan Australia Energy Intellectual Property Trust
Case # 16-00474-UNA

I, Julia Blair, Trustee of the Trusts referenced above request an extension to properly answer
the Complaint.  I have no idea why the trusts were served and I need to determine how to
answer this complaint.  I question why I would need to answer this complaint.

*Julia Blair*
Julia Blair