# Paul David Manos

276 Kingsbury Grade, Suite 104
Post Office Box 7199
Stateline, NV 89449-7199

Office of the Clerk                    July 26, 2016
United States District Court
844 North King Street Unit 18
Wilmington Delaware 19801-3570
Reference: Hydrogen Master Rights LTD v. Paul David Manos
Case # 16-cv-00474-RGA

I Paul David Manos am requesting an extension to properly answer the Complaint. Over the past several years I have had a stroke and recently this pressure has caused me to have a TIA Mini Stroke.
I have contacted an attorney that can represent me in Delaware but he said I would have to give him $50,000.00 upfront just to answer the Complaint. I cannot afford to fight this in Delaware and need as much time as possible to respond.
I currently live in Nevada and have read through the complaint and have no knowledge of what these allegations are against me.
This is a frivolous suit and it has already caused me physical and mental harm. I am struggling on how to fight this case financially.

Paul David Manos