IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HYDROGEN MASTER RIGHT, LTD., CARL LE SOUEF, and PRAVANSU MOHANTY, PH.D., | : : : : |
| Plaintiffs, | : : |
| v. | : Civil Action No. 16-474-RGA |
| DEAN WESTON, ENGINEERING INTERESTS, LLC, PAUL DAVID MANOS, SIGNIFICAN GLOBAL ENERGY INTELLECTUAL PROPERTY TRUST, SIGNIFICAN AUSTRALIA ENERGY INTELLECTUAL PROPERTY TRUST, TRACEY COATS, and THE CLIENT IS EVERYTHING, LTD., | : : : : : : : : |
| Defendants. | : |

## ORDER

WHEREAS, Defendant Paul David Manos has filed a Letter requesting an extension of time to respond to the Complaint (D.I. 9);

NOW THEREFORE, IT IS HEREBY ORDERED that, the request for an extension of time (D.I. 9) is GRANTED. Defendant Paul David Manos shall move, answer or otherwise respond to the Complaint in this action by September 9, 2016.

_August 10, 2016_
Date

_Richard G. Andrews_
United States District Judge