# AFFIDAVIT OF SERVICE

State of DELAWARE                County of                DISTRICT Court

Case Number: 16-474-UNA

Plaintiff(s):
**HYDROGEN MASTER RIGHTS, LTD., A DELAWARE COPRORATION, CARL LE SOUEF AND PRAVANSU MOHANTY, PH.D**

vs.

Defendant(s):
**DEAN WESTON, ET AL.**

For:
ROBBIE BANNAN
MCDONALD HOPKINS LLC
600 SUPERIOR AVE
SUITE 2100
CLEVELAND, OH  44114

Received by Thomas Court Services on the 15th day of July, 2016 at 2:15 pm to be served on **TRACY COATS, 946 CENTER OAK DRIVE, PITTSBURGH, PA 15237**.

I, DAVID CHESWICK, being duly sworn, depose and say that on the **19th day of July, 2016** at **10:55 am**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE (BLANK); NOTICE, CONSENT, AND REFERENCE OF A DISPOSITIVE MOTION TO A MAGISTRATE JUDGE (BLANK); COMPLAINT; CIVIL COVER SHEET** with the date and hour of service endorsed thereon by me, to: **TRACY COATS** at the address of: **946 CENTER OAK DRIVE, PITTSBURGH, PA 15237**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served:  Age: 50s,  Sex: M,  Race/Skin Color: CAUCASIAN,  Height: 5'7",  Weight: 140,  Hair: BROWN,  Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 20th day of July, 2016 by the affiant who is personally known to me.

NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Barbara A. Seice, Notary Public
Penn Twp., Westmoreland County
My Commission Expires Jan. 19, 2019
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

DAVID CHESWICK
Process Server

Thomas Court Services
4834 Swiss Avenue
Dallas, TX 75204
(972) 790-2706

Our Job Serial Number: FCI-2016000469
Ref: 36348-00005
Service Fee: $150.00