IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

HYDROGEN MASTER RIGHTS, LTD., :
et al.,                        :
                               :
    Plaintiffs,                :
                               :
v.                             : Civ. No. 16-474-RGA
                               :
DEAN WESTON, et al.,           :
                               :
    Defendants.                :

**ORDER**

At Wilmington this 22nd day of August, 2016, having reviewed the letter of Julia Blair, Trustee, questioning why Defendants Significan Global Energy Intellectual Property Trust and Significan Australia Energy Intellectual Property Trust need to answer the complaint, construed as a motion for an extension of time to answer the complaint (D.I. 8);

IT IS ORDERED that the motion is GRANTED to the extent that, on or before September 16, 2016, Defendants Significan Global Energy Intellectual Property Trust and Significan Australia Energy Intellectual Property Trust shall retain counsel, as a trust or other artificial entity cannot represent itself. *See Rowland v. California Men's Colony*, 506 U.S. 194, 201-02 (1993) (finding that a *pro se* trustee may not represent the trust in federal court because he is not an attorney and without counsel the trust may not appear in federal court). Further, it appears that Julia Blair is a non-lawyer, and a non-lawyer may not represent Defendant trusts. *Id.*

Defendants Significan Global Energy Intellectual Property Trust and Significan Australia Energy Intellectual Property Trust shall answer or otherwise respond to the complaint within thirty (30) days after counsel has been retained.

*Richard G. Andrews*
UNITED STATES DISTRICT JUDGE