# EXHIBIT D



600 Superior Avenue, East
Suite 2100
Cleveland, OH 44114

P 216.348.5400
F 216.348.5474

Direct Dial: 216.430.2029
E-mail: dmovius@mcdonaldhopkins.com

October 28, 2011

Personal and Confidential

Mr. Rodney Adler (via e-mail)
Mr. Tracy Coats (via e-mail)
Dr. Pravansu Mohanty (via e-mail)
Mr. Carl Le Souf (via e-mail)

Re:     **Engagement of McDonald Hopkins LLC**

Dear Gentlemen:

Thank you for choosing McDonald Hopkins LLC to represent all of you in the formation and operation of a new legal entity (the "Entity") that will be owned beneficially by all of you (the "Owners"), and with respect to certain allegations made by Alejandro Mendez, Ph.D., and Mendezation & Mendezol Food Technologies, Inc.

### Scope of Engagement

The scope of this engagement initially involves representation of the four Owners as a group in the formation of the Entity. Once the Entity has been formed, we will no longer represent the Owners individually with respect to any Entity matters. We will continue to represent the Entity in its ongoing legal affairs, which may include formation of representation, holding and operating entities and certain related transactional matters that you have identified. We also will represent the four Owners with respect to the allegations by Alejandro Mendez, Ph.D., and Mendezation & Mendezol Food Technologies, Inc., relating to the confidentiality agreement each of you signed.

When representing the four Owners as a group, we will not be in a position to advocate the interests of any one Owner as against the others. If your interests begin to diverge and these points of divergence become too significant, we may be required to cease our representation of the Owners as a group and each of you may then need to retain new counsel.

Each of you should also consider that, if we represent all four Owners as a group, no one of you can assume that anything that you tell us will be held secret from the others or will not otherwise become known to the others. In other words, you will need separate counsel if you want independent advice or to discuss matters in complete privacy. By participating in this joint representation, the protection of the attorney client privilege will not apply among you as the jointly represented clients with regard to the subject of this engagement

Chicago  |  Cleveland  |  Columbus  |  Detroit  |  Miami  |  West Palm Beach

www.mcdonaldhopkins.com



Mr. Rodney Adler  
Mr. Tracy Coats  
Dr. Pravansu Mohanty  
Mr. Carl Le Souf  

October 28, 2011  
Page 3

**Billing Matters**

You will be billed for all services rendered to you based on time spent by firm personnel in rendering such services at their applicable hourly rate. All firm attorneys, legal assistants, law clerks and docket clerks are assigned hourly rates and keep detailed records for time they spend providing client services. Hourly rates are adjusted periodically to reflect changes in an individual's skill or experience and in our costs of operation. In addition to charges for services of firm personnel, you will be charged for certain out-of-pocket expenses we incur for your benefit in connection with providing such services. These expenses include copying charges, facsimile transmission charges, secretarial overtime, travel expenses, computer-assisted research charges, filing fees and other similar expenses. Our rates and fees are set forth on the attached schedule.

The firm requires a retainer of $20,000 before commencing work on this engagement, which we will apply to your final invoice. You will be billed on a monthly basis. Our invoices will state the total amount due for services rendered and expenses provided to you during the billing period. Each invoice will be accompanied by a description of the specific services rendered and the date on which such services were rendered. If you have any questions concerning an invoice, you should always feel free to contact me directly.

**Waiver of Conflict**

As indicated above, we will initially represent the four Owners as a group and will later represent the Entity once it has been formed. Each of you hereby consents to our initial representation of the four Owners and later representation of the Entity following formation. As part of such representation, each of you understands, acknowledges and agrees that:

(a) we will not be representing or otherwise serving as an advocate for any Owner in matters involving the Entity;

(b) because each Owner may have differing or conflicting interests and objectives, it is to each Owner's benefit to obtain separate, independent counsel in matters involving the Entity;

(c) information that any Owner gives us relating to the Entity will not be confidential from the other Owners; and

(d) we may represent any Owner or entities affiliated with an Owner in matters that do not involve a conflict with the Entity.

Each of you hereby waive forever each and every conflict of interest, which now exists, due to, or hereafter may arise out of, this firm's representation of the Entity and any Owners (or affiliates).

McDonald Hopkins LLC  
Attorneys at Law

Mr. Rodney Adler  
Mr. Tracy Coats  
Dr. Pravansu Mohanty  
Mr. Carl Le Souf  

October 28, 2011  
Page 3

If any of you have any questions or require additional information, please call me at your convenience. If any of you have any questions about the import or extent of the requested waiver, you should contact separate legal counsel. Please confirm your understanding of the matters addressed in this letter by dating and signing a counterpart of this letter and returning it to me. We appreciate the opportunity to work with all of you in this matter.

Very truly yours,

David T. Movius

AGREED AND ACCEPTED:

Dated: October ___, 2011         _____  
                                  Rodney Adler

Dated: October 31, 2011          _____  
                                  Tracy Coats

Dated: October ___, 2011         _____  
                                  Pravansu Mohanty, Ph.D.

Dated: October ___, 2011         _____  
                                  Carl Le Souf

