AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| HYDROGEN MASTER RIGHTS, LTD., a Delaware corporation, CARL LE SOUEF and PRAVANSU MOHANTY, PH.D.<br><br>*Plaintiff(s)*<br>v.<br>DEAN WESTON, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 16-474-UNA<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Engineering Interests, LLC
c/o Dean Weston, Registered Agent
43655 Utica Rd.
Sterling Heights, MI 48314

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Arthur G. Connolly, III (#2667)
Mary I. Akhimien (#5448)
Connolly Gallagher LLP
1000 West Street, Suite 1400
Wilmington, DE 19801
(302) 757-7300

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: JUN 2 2 2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 16-474-UNA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ENGINEERING INTERESTS, LLC DEAN WESTON, Registered Agent
was received by me on *(date)* 08-22-2016

☑ I personally served the summons on the individual at *(place)* 4960 Dixie Hwy, Waterford, MI 48329 on *(date)* 08-23-2016 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* DEAN WESTON , who is designated by law to accept service of process on behalf of *(name of organization)* ENGINEERING INTERESTS, LLC on *(date)* 08-23-2016 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ ____ for travel and $ ____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 08-30-2016

*Gary Wake*
Server's signature

GARY WAKE, PRESIDENT
Printed name and title
The WAKE Agency, INC.

PO Box 173, Rockwood, MI 48173
Server's address

Additional information regarding attempted service, etc:

PAMELA D. PAPP
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF WAYNE
My Comm. Exp. 08/01/2021
Acting in the County of Wayne
Date 8/30/16

On this 30th day of August, 20 16. I certify that the (preceding)(following)(attached) document is a true, exact, complete, and unaltered copy made by me of Proof of Service *(description of the document)*, presented to me by GARY WAKE.
_____ (official signature and seal of Notary)
*Pamela D. Papp*