AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  16-474-UNA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  _Dean Weston_

was received by me on *(date)*   08-22-2016 .

☐ I personally served the summons on the individual at *(place)* 4960 Dixie Hwy, Waterford, MI 48329

on *(date)* 08-23-2016 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.


Date:  08-23-2016                         _Gary Wake_
                                          *Server's signature*

                                  Gary Wake, President
                                    *Printed name and title*
                                The Wake Agency, Inc.

                              PO Box 173, Rockwood, MI 48173
                                    *Server's address*

Additional information regarding attempted service, etc:

On this 23rd day of August, 20 2016,
I certify that the (preceding)(following)(attached)
document is a true, exact, complete, and unaltered copy
made by me of Proof of Service (description of the document),
presented to me by Gary Wake.

_____ (official signature and seal of Notary)

[notary stamp]
Wayne
8 / 1 / 2021