IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **HYDROGEN MASTER RIGHTS, LTD., CARL LE SOUEF and PRAVANSU MOHANTY, PH.D.,**<br><br>Plaintiffs,<br><br>v.<br><br>**DEAN WESTON, ENGINEERING INTERESTS, LLC, PAUL DAVID MANOS, SIGNIFICAN GLOBAL ENERGY INTELLECTUAL PROPERTY TRUST, SIGNIFICAN AUSTRALIA ENERGY INTELLECTUAL PROPERTY TRUST, TRACY COATS, and THE CLIENT IS EVERYTHING, LTD., a**<br><br>Defendants. | Case No. 1:16-cv-00474-RGA |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, subject to the approval of the Court, that

A.  The time within which Plaintiffs are required to respond to the <u>Motion By Defendant Tracy Coats To Disqualify David T. Movius And McDonald Hopkins LLC</u> (D.I. 15) is extended through and including September 23, 2016.

B.  The time for Plaintiffs to file an amended complaint under Federal Rule of Civil Procedure 15(a)(1)(B) is extended through and including September 19, 2016.

C.  The due dates for any Defendant to move, answer or otherwise respond to the Complaint in this action is deferred as provided below.

D.  In the event that Plaintiffs file an amended complaint as provided in Section B,

    a. the time for any Defendant, other than Significan Global Intellectual Property Trust and Significan Australia Energy Intellectual Property Trust, to move, answer or otherwise respond to the amended complaint shall be September 30, 2016; and

    b. the <u>Motion To Dismiss By Defendants Tracy Coats And The Client Is Everything, Ltd.</u> (D.I. 13) shall be deemed moot;

E. In the event that Plaintiffs do not file an amended complaint as provided in Section B,

    a. the deadline for Defendants Dean Weston, Engineering Interests, LLC and Paul David Manos to move, answer or otherwise respond to the Complaint in this action shall be September 30, 2016; and

    b. the time within which Plaintiffs are required to respond to the <u>Motion To Dismiss By Defendants Tracy Coats And The Client Is Everything, Ltd</u>. (D.I. 13) is extended through and including September 23, 2016.

F. The deadlines applicable to Defendants Significan Global Intellectual Property Trust and Significan Australia Energy Intellectual Property Trust shall remain as set by the Court in its August 22, 2016 Order (D.I. 12).  By conceding to this provision, the Defendants do not concede that Defendants Significan Global Intellectual Property Trust or Significan Australia Energy Intellectual Property Trust still exist or that they have been validly served.

                                          Respectfully Submitted,

- 3 -

| | |
|---|---|
| */s/ Arthur G. Connolly, III* | */s/ George Pazuniak* |
| Arthur G. Connolly, III (#2667) | George Pazuniak (DE Bar No. 478) |
| Mary I. Akhimien (#5448) | O'KELLY & ERNST, LLC |
| CONNOLLY GALLAGHER LLP | 901 North Market Street, Suite 1000 |
| The Brandywine Building | Wilmington, DE 19801 |
| 1000 West Street, Suite 1400 | Tel: 302-478-4230 |
| Wilmington, DE 19801 | GP@del-iplaw.com |
| (302) 757-7300 | |
| aconnolly@connollygallagher.com | *Attorneys for Defendants Dean Weston,* |
| makhimien@connollygallagher.com | *Engineering Interests, LLC, Paul David Manos, Tracy Coats And The Client Is Everything, Ltd.* |
| *Attorneys for Plaintiffs Hydrogen Master Rights, Ltd, Pravansu Mohanty, Ph.D., and Carl Le Souef* | |

IT IS SO ORDERED this _____ day of September, 2016.

_____
United States District Judge