UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HYDROGEN MASTER RIGHTS, LTD., CARL LE SOUEF and PRAVANSU MOHANTY, PH.D., <br><br> Plaintiffs, <br><br> v. <br><br> DEAN WESTON, ENGINEERING INTERESTS, LLC, PAUL DAVID MANOS, SIGNIFICAN GLOBAL ENERGY INTELLECTUAL PROPERTY TRUST, SIGNIFICAN AUSTRALIA ENERGY INTELLECTUAL PROPERTY TRUST, TRACY COATS, and THE CLIENT IS EVERYTHING, LTD., a <br><br> Defendants. | Case No. 1:16-cv-00474-RGA |

**MOTION TO DISMISS THE AMENDED COMPLAINT (D.I. 22)
AND FOR PARTIAL SUMMARY JUDGMENT
BY DEFENDANT PAUL DAVID MANOS**

Defendant Paul David Manos hereby respectfully moves, pursuant to Fed.R.Civ.P. Rules 12(b)(1) and 12(b)(6), to dismiss the Amended Complaint (D.I. 22) in this action, and under Fed.R.Civ.P. Rules 12(d) and 56 for partial summary judgment.

The reason for and authorities supporting this Motion are more fully set forth in Opening Brief By Defendant Paul David Manos In Support Of His Motion To Dismiss The Amended Complaint, together with an Appendix and associated Declarations, which are being concurrently filed herewith and are incorporated herein by reference.

WHEREFORE, Defendants respectfully request that the Court enter the attached Order granting this Motion.

- 2 -

Dated: October 1, 2016								Respectfully submitted,

*/s/ George Pazuniak*
George Pazuniak (DE Bar No. 478)
O'KELLY & ERNST, LLC
901 North Market Street, Suite 1000
Wilmington, DE 19801
Tel: 302-478-4230
GP@del-iplaw.com

*Attorneys for Defendant*
*Paul David Manos*