IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HYDROGEN MASTER RIGHTS, et al., | ) |
| Plaintiffs, | ) Case No. 1:16-cv-00474-RGA |
| v. | ) |
| DEAN WESTON, et al., | ) |
| Defendants. | ) |

### Declaration of David T. Movius, Esq.

I, David T. Movius, do hereby declare and testify as follows:

1. I am an adult person and am competent to make this Declaration. I am a member of McDonald Hopkins, LLC, in its Cleveland, Ohio, office. I am an attorney for the plaintiffs in this action, and I make this Declaration based on my personal knowledge.

2. A true and accurate copy of an email I received on February 13, 2013, from David Manos' attorney Thomas Boehm, including the two declarations attached thereto, is attached as Exhibit B to the Brief in Opposition to Motion to Dismiss the Amended Complaint (D.I. 22) and For Partial Summary Judgment by Defendant David Manos.

3. A true and accurate copy of the June 7, 2016 Affidavit of David Manos submitted in Oakland County (Michigan) Circuit Court Case No. 2016-152236-CK is attached as Exhibit C to the Brief in Opposition to Motion to Dismiss the Amended Complaint (D.I. 22) and For Partial Summary Judgment by Defendant David Manos.

//

//

FURTHER DECLARANT SAYETH NAUGHT.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

October 17, 2016

_____
David T. Movius