IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HYDROGEN MASTER RIGHTS, LTD., CARL LE SOUEF and PRAVANSU MOHANTY, PH.D.,<br><br>      Plaintiffs,<br><br> v.<br><br>DEAN WESTON, ENGINEERING INTERESTS, LLC, PAUL DAVID MANOS, SIGNIFICAN GLOBAL ENERGY INTELLECTUAL PROPERTY TRUST, SIGNIFICAN AUSTRALIA ENERGY INTELLECTUAL PROPERTY TRUST, TRACY COATS, and THE CLIENT IS EVERYTHING, LTD.,<br><br>      Defendants. | Case No. 1:16-cv-00474-RGA |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, subject to the approval of the Court, that the time within which defendants Dean Weston, Engineering Interests, LLC, Paul David Manos, Tracy Coats, and The Client Is Everything, LTD ("Defendants") must file their reply briefs on their motions to dismiss is extended for two days through and including October 31, 2016.

| | |
|---|---|
| */s/ Arthur G. Connolly, III* | */s/ George Pazuniak* |
| Arthur G. Connolly, III (#2667) | George Pazuniak (DE Bar No. 478) |
| Mary I. Akhimien (#5448) | O'KELLY & ERNST, LLC |
| CONNOLLY GALLAGHER LLP | 901 North Market Street, Suite 1000 |
| The Brandywine Building | Wilmington, DE 19801 |
| 1000 West Street, Suite 1400 | Tel: 302-478-4230 |
| Wilmington, DE 19801 | GP@del-iplaw.com |
| (302) 757-7300 | |
| aconnolly@connollygallagher.com | *Attorneys for Defendants Dean Weston,* |
| makhimien@connollygallagher.com | *Engineering Interests, LLC, Paul David Manos, Tracy Coats, and The Client Is Everything, LTD* |
| *Attorneys for Plaintiffs Hydrogen Master Rights, Ltd, Pravansu Mohanty, Ph.D., and Carl Le Souef* | |

IT IS SO ORDERED this _____ day of October, 2016.

                                                   United States District Judge