IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HYDROGEN MASTER RIGHTS, LTD., CARL LE SOUEF and PRAVANSU MOHANTY, PH.D. <br><br> Plaintiffs, <br><br> v. <br><br> DEAN WESTON, ENGINEERING INTERESTS, LLC, PAUL DAVID MANOS, SIGNIFICAN GLOBAL ENERGY INTELLECTUAL PROPERTY TRUST, SIGNIFICAN AUSTRALIA ENERGY INTELLECTUAL PROPERTY TRUST, TRACY COATS, and THE CLIENT IS EVERYTHING, LTD., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 16-474-RGA |

## Stipulation to Extend Time

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, subject to the approval of the Court, that the time within which plaintiffs Hydrogen Master Rights, Ltd., Carl Le Souef and Pravansu Mohanty, Ph.D. must file their motion for reargument under Local Rule 7.1.5 with respect to the Memorandum regarding Motion to Disqualify (D.I. 49) and Order Granting Motion to Disqualify Counsel (D.I. 50) is extended by one week, through and including January 12, 2017.

<table>
<tr><td>

/s/ Arthur G. Connolly, III
———————————————
Arthur G. Connolly, III (#2667)
Mary I. Akhimien (#5448)
CONNOLLY GALLAGHER LLP
The Brandywine Building
1000 West Street, Suite 1400
Wilmington, DE 19801
(302) 757-7300
aconnolly@connollygallagher.com
makhimien@connollygallagher.com

*Attorneys for Plaintiffs Hydrogen Master Rights, Ltd., Pravansu Mohanty, Ph.D., and Carl Le Souef*

</td><td>

/s/ George Pazuniak
———————————————
George Pazuniak (DE Bar No. 478)
O'KELLY & ERNST, LLC
901 North Market Street, Suite 1000
Wilmington, DE 19801
Tel: 302-478-4230
GP@del-iplaw.com

*Attorney for Defendants Dean Weston, Engineering Interests, LLC, Paul David Manos, Tracy Coats, and The Client Is Everything, LTD*

</td></tr>
</table>

IT IS SO ORDERED this _____ day of January, 2017

_____
United States District Judge